ERIC BALL (CSB No. 241327)
eball@fenwick.com
WILLIAM L. PIEROG (CSB No. 288431)
wpierog@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendant
IHEALTH LABS INC.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> IHEALTH LAB INC., a California corporation, <br><br> Defendant. | CASE NO. 16-CV-00231 EJD (NMC) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (AS MODIFIED)** <br> **Current CMC Date: 6/16/2016** <br> **Request CMC Dated: 7/14/2016** |

Pursuant to Civil L.R. 6-2, Plaintiff ICON Health & Fitness, Inc. and Defendant iHealth Lab Inc. stipulate and respectfully request that the Initial Case Management Conference in this matter be continued from June 16, 2016 at 10:00 a.m. to July 14, 2016 at 10:00 a.m. or any later date available from the Court.

The reason for the requested continuation is that the parties have substantially progressed in their settlement discussions and anticipate an informal resolution of this matter within the coming weeks.

There have been two previous time modifications in this case. When this case was reassigned from the Magistrate Judge to the Hon. Edward J. Davila, the Initial Case Management

Conference was continued from April 14, 2016 to May 19, 2016. Dkt. No. 10. The Court granted the parties' stipulation to continue the Initial Case Management Conference from May 19, 2016 to June 16, 2016. Dkt. No. 22.

The requested continuance will not have an effect on the schedule for the case because a case schedule has not been proposed by the parties or ordered by the Court.

DATED: June 2, 2016     LAW OFFICES OF PERRY R. CLARK

By:   /s/ *Perry R. Clark*
Perry R. Clark, Cal. Bar. No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248 5817
Facsimile: (650) 618 8533
Email: perry@perryclarklaw.com

Gregory M. Hess (*pro hac vice*)
LaShel Shaw (*pro hac vice*)
PARR BROWN GEE & LOVELESS, PC
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Email: ghess@parrbrown.com

Attorneys for Plaintiff
ICON Health & Fitness, Inc.

DATED: June 2, 2016     FENWICK & WEST LLP

By:     /s/ *Eric Ball*
Eric Ball, Cal. Bar. No. 241327
eball@fenwick.com
William Pierog, Cal. Bar. No. 288431
wpierog@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
iHealth Labs, Inc.

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DATED: June 2, 2016   FENWICK & WEST LLP

By: /s/ *Eric Ball*
Eric Ball

PURSUANT TO STIPULATION, IT IS SO ORDERED: The Case Management

Conference presently set for 6/16/2016 is hereby reset to 7/21/2016 at 10:00 AM.

DATED: June 6, 2016

By: _____
Hon. Edward J. Davila
U.S. District Court Judge